**Order entered December 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01120-CV

---

### ERIN THORNTON, Appellant

### V.

### CITY OF PLANO, TEXAS, Appellee

---

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00832-2014**

---

## ORDER
Before Justices Lang-Miers, Brown, and Schenck

Before this Court is appellee's December 1, 2015 Motion to File Appellee's Bill of Costs Out of Time. We **GRANT** appellee's motion to the extent it seeks to file a bill of costs.

We note appellee's Bill of Costs requests costs for copies of appellant's and appellee's briefs and a filing fee from this Court for filing appellee's December 29, 2014 Motion to Extend Time to File Appellant's Brief, which may be recoverable under federal rules cited in the motion. The Texas Rules of Appellate Procedure set forth which costs shall be included in a statement of costs the Clerk of this Court prepares when a mandate issues in a case from this Court: the preparation costs of the appellate record and any court of appeals filing fees. TEX. R. APP. P.

51.1(a). Accordingly, the statement of costs prepared by the Clerk of this Court shall not include the costs for copies of appellant's and appellee's briefs.

We **DIRECT** the Clerk of this Court to prepare and send to the trial court clerk at such time as the mandate issues, a statement of costs showing:

(1) the preparation costs of the appellate record, and any court of appeals filing fees, with a notation of those items that have been paid and those that are owing; and

(2) the party against whom costs have been adjudged.

Tex. R. App. P. 51.1(a).


/s/     DAVID J. SCHENCK
            JUSTICE